**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STILL, | Case No.: 1:15-cv-00368 --- JLT |
|       Plaintiff. | ORDER TO PLAINTIFF AND HIS ATTORNEYS OF RECORD TO SHOW CAUSE WHY |
|   v. | SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO APPEAR AT THE STATUS |
| VERIZON WIRELESS, et al., | CONFERENCE RE CONSENT/SCHEDULING CONFERENCE |
|       Defendants. | |

On March 9, 2015, the Court set the mandatory scheduling conference/status conference re: consent to occur on June 22, 2015.  (Doc. 5)  Notably, in its order setting the mandatory scheduling conference, the Court ordered, "Attendance at the Scheduling Conference is ***mandatory*** upon each party not represented by counsel or by retained counsel."  (Doc. 5 at 2, emphasis in the original). Nevertheless, Plaintiff and his attorneys failed to appear.    Accordingly, within 14 days, the Court **ORDERS** Plaintiff and his attorneys of record, Joseph S. Farzam and Nazo L. Kouloukian, to show cause in writing why sanctions should not be imposed for their failure to obey the Court's order and appear at the status conference re: consent/mandatory scheduling conference.

IT IS SO ORDERED.

Dated:   **June 22, 2015**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE