UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STILL, <br><br> Plaintiff. <br><br> v. <br><br> VERIZON WIRELESS, et al., <br><br> Defendants. | Case No.: 1:15-cv-00368 --- JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> (Doc. 12) |

After Plaintiff and his counsel failed to appear at the scheduling conference/status conference re: consent, the Court ordered them to show cause why sanctions should not be imposed for their failure to appear. (Doc. 12) Soon thereafter, Plaintiff's attorney, Nazo Koulloukian, responded and explained that he had calendared the hearing on the wrong date. (Doc. 13) Because the Court is confident that this type of conduct will not recur, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **June 24, 2015**                    /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE