1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                                ----oo0oo----

12    MICHAEL STILL,                    CIV. NO. 1:15-00368 WBS JLT

13               Plaintiff,

14         v.

15    VERIZON WIRELESS and DOES 1
      through 50, inclusive,
16

17               Defendants.

18                                ----oo0oo----

19

20                    STATUS (PRETRIAL SCHEDULING) ORDER

21         After reviewing the parties' Joint Status Report, the

22    court hereby vacates the Status (Pretrial Scheduling) Conference

23    scheduled for October 13, 2015, and makes the following findings

24    and orders without needing to consult with the parties any

25    further.

26         I.   SERVICE OF PROCESS

27         The named defendant has been served, and no further

28    service is permitted without leave of court, good cause having

1   been shown under Federal Rule of Civil Procedure 16(b).

2                    II.   JOINDER OF PARTIES/AMENDMENTS

3           No further joinder of parties or amendments to

4   pleadings will be permitted except with leave of court, good

5   cause having been shown under Federal Rule of Civil Procedure

6   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

7   (9th Cir. 1992).

8                       III. JURISDICTION/VENUE

9           Jurisdiction is predicated upon diversity of

10  citizenship, 28 U.S.C. § 1332.  Venue is undisputed and is hereby

11  found to be proper.

12                      IV.  DISCOVERY

13          The parties have already exchanged the initial

14  disclosures required by Federal Rule of Civil Procedure 26(a)(1).

15          The parties shall disclose experts and produce reports

16  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

17  later than March 7, 2016.  With regard to expert testimony

18  intended solely for rebuttal, those experts shall be disclosed

19  and reports produced in accordance with Federal Rule of Civil

20  Procedure 26(a)(2) on or before April 4, 2016.

21          All discovery, including depositions for preservation

22  of testimony, is left open, save and except that it shall be so

23  conducted as to be completed by May 2, 2016.  The word

24  "completed" means that all discovery shall have been conducted so

25  that all depositions have been taken and any disputes relevant to

26  discovery shall have been resolved by appropriate order if

27  necessary and, where discovery has been ordered, the order has

28  been obeyed.  All motions to compel discovery must be noticed on

1   the magistrate judge's calendar in accordance with the local

2   rules of this court and so that such motions may be heard (and

3   any resulting orders obeyed) not later than May 2, 2016.

4       V.   <u>MOTION HEARING SCHEDULE</u>

5         All motions, except motions for continuances, temporary

6   restraining orders, or other emergency applications, shall be

7   filed on or before July 1, 2016.  All motions shall be noticed

8   for the next available hearing date.  Counsel are cautioned to

9   refer to the local rules regarding the requirements for noticing

10  and opposing such motions on the court's regularly scheduled law

11  and motion calendar.

12      VI.  <u>FINAL PRETRIAL CONFERENCE</u>

13        The Final Pretrial Conference is set for August 29,

14  2016, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

15  attended by at least one of the attorneys who will conduct the

16  trial for each of the parties and by any unrepresented parties.

17        Counsel for all parties are to be fully prepared for

18  trial at the time of the Pretrial Conference, with no matters

19  remaining to be accomplished except production of witnesses for

20  oral testimony.  Counsel shall file separate pretrial statements,

21  and are referred to Local Rules 281 and 282 relating to the

22  contents of and time for filing those statements.  In addition to

23  those subjects listed in Local Rule 281(b), the parties are to

24  provide the court with: (1) a plain, concise statement which

25  identifies every non-discovery motion which has been made to the

26  court, and its resolution; (2) a list of the remaining claims as

27  against each defendant; and (3) the estimated number of trial

28  days.

1       In providing the plain, concise statements of

2   undisputed facts and disputed factual issues contemplated by

3   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

4   that remain at issue, and any remaining affirmatively pled

5   defenses thereto.  If the case is to be tried to a jury, the

6   parties shall also prepare a succinct statement of the case,

7   which is appropriate for the court to read to the jury.

8           VII.   TRIAL SETTING

9       The jury trial is set for October 25, 2016 at 9:00 a.m.

10  The parties estimate that a jury trial will last five days.

11          VIII.   SETTLEMENT CONFERENCE

12      A Settlement Conference will be set at the time of the

13  Pretrial Conference.  All parties should be prepared to advise

14  the court whether they will stipulate to the trial judge acting

15  as settlement judge and waive disqualification by virtue thereof.

16      Counsel are instructed to have a principal with full

17  settlement authority present at the Settlement Conference or to

18  be fully authorized to settle the matter on any terms.  At least

19  seven calendar days before the Settlement Conference counsel for

20  each party shall submit a confidential Settlement Conference

21  Statement for review by the settlement judge.  If the settlement

22  judge is not the trial judge, the Settlement Conference

23  Statements shall not be filed and will not otherwise be disclosed

24  to the trial judge.

25          IX.   MODIFICATIONS TO SCHEDULING ORDER

26      Any requests to modify the dates or terms of this

27  Scheduling Order, except requests to change the date of the

28  trial, may be heard and decided by the assigned Magistrate Judge.

1    All requests to change the trial date shall be heard and decided

2    only by the undersigned judge.

3    Dated:   October 7, 2015

4                                  _____

5                                  WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28