Joseph S. Farzam (SBN 210817)
Nazo Koulloukian (SBN 263809)
JOSEPH FARZAM LAW FIRM
A Professional Law Corporation
11766 Wilshire Blvd., Suite 280
Los Angeles, California 90025
Telephone: (310) 226-6890
Fax: (310) 226-6891
Email: joseph@farzamlaw.com
Email: nazok@farzamlaw.com

Attorneys for Plaintiff
MICHAEL STILL


Aaron L. Agenbroad (State Bar No. 242613)
Liat L. Yamini (State Bar No. 251238)
Allison E. Crow (State Bar No. 279078)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700
Email:       alagenbroad@JonesDay.com
Email:       lyamini@JonesDay.com
Email:       acrow@JonesDay.com

Attorneys for Defendant
Cellco Partnership d/b/a Verizon Wireless

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STILL,<br><br>             Plaintiff,<br><br>   vs.<br><br>VERIZON WIRELESS, and DOES 1-50, inclusive,<br><br>             Defendants. | CASE NO. 1:15-CV-00368-WBS-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE (FRCP §41(a)(1))** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1).  The Parties shall bear their own costs and attorneys' fees in connection with this action.

**IT IS SO STIPULATED.**

Dated: March 15, 2016              JOSEPH FARZAM LAW FIRM

                                  By: /s/   Nazo Koulloukian
                                       Nazo Koulloukian

                                  Attorneys for Plaintiff
                                  MICHAEL STILL

Dated: March 15, 2016              JONES DAY

                                  By: /s/  Allison E. Crow
                                       Allison E. Crow

                                  Attorneys for Defendant
                                  CELLCO PARTNERSHIP d/b/a Verizon Wireless

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**  This action is hereby dismissed with prejudice.

Dated:  March 16, 2016

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

NAI-1500905238v1